FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 FEB 27 PM 04 25
CAROL L. MICHEL, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**FELONY**

## INDICTMENT FOR BANK THEFT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 26-64 |
| v. | * | SECTION: SECT. J MAG. 2 |
| **ALEXA MARIE BRAUD** | * | VIOLATION: 18 U.S.C. § 2113(b) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Bank Theft)

On or about February 4, 2026, in the Eastern District of Louisiana, the defendant, **ALEXA MARIE BRAUD**, did take and carry away, with the intent to steal approximately $181,000.00 of United States currency, belonging to and in the care, custody, control, management, and possession of Riverland Federal Credit Union, 1001 Virgil Street, Gretna, Louisiana, a credit union whose deposits were then insured by the National Credit Union Administration Board, in violation of Title 18, United States Code, Section 2113(b).

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep____
___Doc.No.____
```

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **ALEXA MARIE BRAUD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, involved in such offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*Mary Anne Flippo*
MARY ANNE FLIPPO
Special Assistant United States Attorney

New Orleans, Louisiana
February 27, 2026

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____
_____Criminal_____ *Division*

## THE UNITED STATES OF AMERICA

vs.

### ALEXA MARIE BRAUD

# INDICTMENT

### INDICTMENT FOR BANK THEFT

**VIOLATIONS:**
18 U.S.C. § 2113(b)

*A true bill.*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

*Filed in open court this* _____ *day of* ___
_____ A.D. 2026.
_____
*Clerk*

Bail, $ _____
_____

*Mary Anne Flippo*
**MARY ANNE FLIPPO**
**Special Assistant United States Attorney**