MINUTE ENTRY
ROBY, M.J.
MARCH 4, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL

VERSUS

NO. 26-64

ALEXA MARIE BRAUD

SECTION: J

## CRIMINAL ARRAIGNMENT

APPEARANCES:    X   DEFENDANT

    X   COUNSEL FOR DEFENDANT     _Samantha Kuehn_

    X   ASSISTANT U.S. ATTORNEY    MARY ANNE FLIPPO

    ___   INTERPRETER                      SWORN

           (TIME:          .M  to       .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ DEFENDANT RELEASED ON BOND

_/ BAIL SET AT _____

_/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **APRIL 16, 2026 AT 2:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

 X / TRIAL: **MAY 11, 2026 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

MJSTAR: 00:**02**