# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

United States of America

vs

Alexa Marie Braud                    Case No.:  053L 2:26CR00064-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Alexa Marie Braud**, have discussed with Silvette Ennis, United States Probation Officer, the modification of my release as follows:

Current condition:

- Travel restricted to the Eastern District of Louisiana

Addition of the following condition:

- Travel restricted to the Eastern District of Louisiana and the Middle District of Louisiana

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature waived, verbal consent given. | 04/06/2026 | *Silvette B. Ennis* | 04/06/2026 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

Assistant United States Attorney Maryanne Flippo and Defense Counsel Maura Doherty were contacted relative to this modification.

[✔] The above modification of conditions of release is ordered, to be effective on _4/13/26_.
[  ] The above modification of conditions of release is not ordered.

| _(signature)_ | 4/13/26 |
|---|---|
| Signature of Judicial Officer | Date |