MINUTE ENTRY
BARBIER, J.
JULY 30, 2026
JS-10:  22 mins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                      NO. 26-64

ALEXA MARIE BRAUD                           SECTION "J"

REARRIGNMENT

Courtroom Deputy: Cheyenne Geen
Court Reporter: Cathy Pepper


APPEARANCES:
        Mary Flippo, AUSA, for Government
        Maura Doherty, for Defendant
        Hugo Mejia, Probation

Case called at 10:13 a.m.
Counsel makes their appearance.
Defendant present to enter a plea of Guilty as to Count 1 of the Indictment and enter a plea
of guilty to same.
Defendant is sworn and questioned by the Court.
Reading of the Indictment waived by the defendant.
Defendant is informed of rights to trial by jury or the court and waives same.
Defendant is informed of the maximum penalties.
Defendant is informed of the sentencing guidelines.
Defendant enters a plea of guilty.
Government submits the factual basis in writing and same is filed.
Defendant is ADJUDGED GUILTY on plea of guilt.
Sentencing set for **OCTOBER 22, 2026 at 9:30 a.m.**
Pre-sentence investigation is ORDERED.
Defendant is RELEASED on same BOND.
Court ended at 10:35 a.m.