**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-64** |
| **v.** | * | **SECTION: "J"** |
| **ALEXA MARIE BRAUD** | * | |
| | * | |

\*     \*     \*

## FACTUAL BASIS

The defendant, **ALEXA MARIE BRAUD ("BRAUD")**, has agreed to plead guilty as charged to Count One – Bank Theft, in violation of Title 18, United States Code, Section 2113(b) of the Indictment. Should this matter proceed to trial, both the Government and the defendant, **BRAUD**, do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crime to which the defendant is pleading guilty.  The United States and **BRAUD** do hereby stipulate and agree that the allegations in the Indictment and the following facts, which include relevant conduct beyond what is charged, are true and correct and that, should this matter have proceeded to trial, the Government would have proven them beyond a reasonable doubt through the introduction of competent testimony and amissible tangible and documentary exhibits.

### Party and Federal Financial Institution

At all times material herein, **BRAUD** was a resident of Gretna, within the Eastern District of Louisiana.

At all times relevant herein, Riverland Federal Credit Union ("RFCU"), located at 1001 Virgil Street, in Gretna, Louisiana, was a credit union whose deposits were then insured by the National Credit Union Administration Board.

AUSA _M AF_
Defendant _AB_
Defense Counsel _____

### *Bank Theft – Count One*

On or about February 4, 2026, a bank employee reported to work at RFCU and noticed the bank safe was short a significant amount of money. The bank employee contacted Gretna Police Department (PD), who responded to RFCU. Gretna PD reviewed surveillance footage from RFCU, which showed **BRAUD**, a bank manager at RCFU, enter the bank location at approximately 7:35 a.m. **BRAUD** then opened the door of the safe, bent down, and manipulated contents in the safe. **BRAUD** then closed the safe door and exited the bank without locking the safe or re-arming the alarm system.

Thereafter, RFCU personnel conducted an initial count of the safe's contents and determined that approximately $181,000.00 was missing. A subsequent, more thorough count revealed the total loss was actually $185,000.00. **BRAUD** was the only employee at the location at the time the funds went missing, and she was not authorized to remove bank funds from the branch on February 4, 2026.

**BRAUD** was later apprehended near the Pensacola, Florida area by personnel with the Florida Highway Patrol (FHP). At the time of her arrest, law enforcement authorities recovered $149,620.00 of the funds that belonged to RFCU. The total unrecovered loss to RFCU was $35,380.00. After being *Mirandized* by Gretna PD, the defendant confessed to having committed the described acts above.

By engaging in the above conduct, **BRAUD** violated Title 18, United States Code, Section 2113(b) in that, on or about February 4, 2026, in the Eastern District of Louisiana, **BRAUD** did take and carry away, with the intent to steal United States currency of value exceeding $1,000, belonging to and in the care, custody, control, management, and possession of a credit union whose deposits were then insured by the National Credit Union Administration Board.

2

AUSA
Defendant
Defense Counsel

## Limited Nature of Factual Basis and Conclusion

This proffer of evidence is not intended to constitute a complete statement of all facts known by **BRAUD**, and the Government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for her guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the plea of guilty to the charged offense against **BRAUD**. The above facts come from an investigation conducted by and would be proven at trial by credible testimony from witnesses, Gretna Police Department, a Special Agent from Homeland Security Investigations, Florida Highway Patrol, representatives from RFCU, surveillance videos, and business records and documents from RFCU.

**APPROVED AND AGREED TO:**

MARY ANNE FILIPPO
Special Assistant United States Attorney

7/30/2026
Date

MAURA DOHERTY
Attorney for Defendant

7/30/26
Date

ALEXA MARIE BRAUD
Defendant

7/30/26
Date

3